MAHARBA HOLDING CORP., Appellant, Respondent, v. ALFRED M. LAZAROWITZ and Others, Defendants, Impleaded with RHETA WOODS, Respondent, Appellant.— Order appealed from unanimously modified by denying in all respects the motion to vacate plaintiff's demand for a bill of particulars, and, as so modified, affirmed, with twenty dollars costs and disbursements to the plaintiff. Bill of particulars

to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.